IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| AVX CORPORATION, | ) C/A NO.: 4:07-cv-03299-TLW-TER |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HORRY LAND COMPANY, INC. and | ) |
| UNITED STATES OF AMERICA, | ) **UNITED STATES OF AMERICA'S** |
| | ) **SUPPLEMENTAL EXPERT** |
| Defendants. | ) **DESIGNATIONS** |

The United States of America submits the following supplemental expert witness designations in accordance with Fed. R. Civ. P. 26(a)(2) and 26(e).

1. Mary Sitton
   Environmental Research, Inc.
   5267 John Marshall Highway
   Linden, VA 22642
   (540) 636-4460

The subject matter about which Ms. Sitton is expected to testify includes mapping and aerial photography of the properties identified as Horry County parcel numbers 181-13-23-008 and 181-13-23-001, as well as certain surrounding and nearby properties.

2. Jay Brigham, Ph. D.
   Morgan, Angel, and Associates LLC
   1601 Connecticut Avenue, NW
   Washington, DC 20009
   (202) 265-1833

The subject matter about which Dr. Brigham is expected to testify includes the history of military operations at the former Myrtle Beach Air Force Base and the historical usage of trichloroethylene ("TCE") and other chlorinated solvents by the military.

3.  Wade Nutter, Ph. D.
    Nutter & Associates, Inc.
    360 Hawthorne Lane
    Athens, GA 30606-2152
    (706) 354-7925

The subject matter about which Dr. Nutter is expected to testify includes groundwater migration in the vicinity of the former Myrtle Beach Air Force Base, the AVX Property, the Cinema Property, the "North" Property, and the Horry Land Property.

    Respectfully submitted,

    WILLIAM N. NETTLES
    UNITED STATES ATTORNEY

October 18, 2010    By: s/ R. Emery Clark
    R. EMERY CLARK (I.D. #1183)
    Assistant United States Attorney
    1441 Main Street, Suite 500
    Columbia, South Carolina 29201
    (803) 929-3085

    IGNACIA S. MORENO
    Assistant Attorney General
    Environment and Natural Resources
    Division

    MEREDITH WEINBERG
    NORMAN RAVE
    ANDREW DOYLE
    JAMES GENTRY
    Trial Attorneys
    Environmental Defense Section
    P.O. Box 23986
    Washington, DC 20026-3986
    (202) 514-2593

    Attorneys for Defendant United States of America