CONFIDENTIAL
[stamp illegible] AM 8:22

**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

JO125780

Bill To: Meredith Weinberg Esq
Department of Justice Environment & Natural Resources
601 D Street NW
Suite 8000
Washington, DC 20004

Invoice #: NC88574
Invoice Date: 07/29/2010
Balance Due: $ 844.10

Case #: 4:07-CV-03299-TLW-T

| | |
|---|---|
| Case: | Avx Corporation v. Horry Land Company, et al. |
| Job #: | 59951    Job Date: 7/16/2010    Delivery: Normal |
| Billing Atty: | Meredith Weinberg Esq |
| Location: | SC Department of Health |
| | 8911 Farrow Road | ConferenceRoom 1st Floor | Columbia, SC 292 |

| Item | Witness | Description | Amount |
|---|---|---|---|
| | James A Bowman Jr | Copy | $844.10 |

Notes:

| | |
|---|---|
| Invoice Total: | $844.10 |
| Payment: | |
| Credits: | |
| Balance Due: | $844.10 |

Fed. Tax ID: 20-3132569    Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

[Stamp: 10 AUG 10 PM 4:05 DEPT OF JUSTICE ENRD ENVIRONMENTAL DIVISION]

OK to pay
[signature]
08/16/10

Make check payable to: **National Depo**
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC88574
Job #: 59951
Invoice Date: 07/29/2010
Balance : $ 844.10

70-11-6-18    **Ex. 11**

ENVIRONMENTAL
DEFENSE

2010 SEP 10 PM 1:00

OFFICE OF FINANCIAL
2010 SEP 14 PM 12:48

**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: Meredith R Weinberg Esq
US Department of Justice
601 D Street NW
Suite 8000
Washington, DC 20004

JO125825

Invoice #: NC90542
Invoice Date: 08/31/2010
Balance Due: $338.25

Case #: 4:07-CV-03299-TLW-T

| Case: | Avx Corporation v. Horry Land Company, et al. |
|---|---|
| Job #: | 61535    Job Date: 8/23/2010    Delivery: Normal |
| Billing Atty: | Meredith R Weinberg Esq |
| Location: | SC Department of Health |
| | 8911 Farrow Road | ConferenceRoom 1st Floor | Columbia, SC 292 |

| Item | Witness | Description | Amount |
|---|---|---|---|
| | James A Bowman Jr Vol I | Copy | $338.25 |

Notes:

| | |
|---|---|
| Invoice Total: | $338.25 |
| Payment: | |
| Credits: | |
| Balance Due: | $338.25 |

Fed. Tax ID: 20-3132569     Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

OK to
pay
CW
09/10/10

---

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC90542
Job #: 61535
Invoice Date: 08/31/2010
Balance: $338.25

**Ex. 11**



Offices Nationwide

**CAPITAL** REPORTING COMPANY®

Questions? (866) 448 - DEPO (3376)

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57730 | 3/31/2010 | 37673 |
| Job Date | | Case No. |
| 3/17/2010 | | 407-CV-03299 |
| Case Name | | |
| AVX Corporation vs. Horry Land Company & United States | | |
| Payment Terms | | |
| Due upon receipt | | |

Norman L. Rave
Department of Justice, Environment & Natural
Resources Division
601 D St., NW
Suite 8000
Washington, DC 20004

J0125483

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Mary Sitton | 242.00 Pages | @ | 2.75 | 665.50 |
| Exhibits | 41.00 Pages | @ | 0.00 | 41.09 |
| E-Transcript Email | | | 0.00 | 0.00 |
| Shipping | | | 15.00 | 15.00 |
| | **TOTAL DUE >>>** | | | **$721.59** |

Did you know that Capital Reporting Company is a national company? We have your deposition covered any city, any day, any time!

Please remit all payments to our Washington, D.C. address below. If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

ENVIRONMENTAL DEFENSE SECTION
2010 APR 20 PH 6:37

OK to pay
[signature]
04/20/10

Tax ID: 20-0203552

Phone: (202) 514-2219  Fax:

*Please detach bottom portion and return with payment.*

Norman L. Rave
Department of Justice, Environment & Natural
Resources Division
601 D St., NW
Suite 8000
Washington, DC 20004

| | | | |
|---|---|---|---|
| Job No. | : 37673 | BU ID | : 9-GSA |
| Case No. | : 407-CV-03299 | | |
| Case Name | : AVX Corporation vs. Horry Land Company & United States | | |
| Invoice No. | : 57730 | Invoice Date | : 3/31/2010 |
| **Total Due** | **: $ 721.59** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Capital Reporting Company**
1821 Jefferson Place, NW
3rd Floor
Washington, DC 20036

DJ# 90-11-6-18413

Ex. 12

ENVIRONMENTAL DEFENSE SECTION
2010 JUN 24 AM 9:46

90-11-6-18413

**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: Norman Rave Esq
US Department of Justice
Post Office Box 23986
Washington, DC 20026

Invoice #: NC85693
Invoice Date: 06/14/2010
Balance Due: $ 1,422.10

JO125631

Case #: 407CV3299TLWTER

Case: Avx Corporation v. Horry Land
Job #: 58030 | Job Date: 6/2/2010 | Delivery: Normal
Billing Atty: Norman Rave Esq
Location: Parker Poe Adams & Bernstein Charlotte
611 Burroughs and Chapin Boulevard | Suite 202 | Myrtle Beach, SC

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Steven Charles Hart | Transcript - Original & 1 copy | $1,422.10 |

Notes:

Invoice Total: $1,422.10
Payment:
Credits:
Balance Due: $1,422.10

Fed. Tax ID: 20-3132569    Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

OK to pay
CW
06/24/10

Make check payable to: National Depo
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #                     Exp. Date
_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
_____
DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC85693
Job #: 58030
Invoice Date: 06/14/2010
Balance : $ 1,422.10

Ex. 13(a)

ENVIRONMENTAL
DEFENSE SECTION
2010 JUN 16 PM 12:57



**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: Meredith R Weinberg Esq
US Department of Justice
601 D Street NW
Suite 8000
Washington, DC 20004

JO125630

Invoice #: NC85376
Invoice Date: 06/08/2010
Balance Due: $ 539.45

Case #: 407CV3299TLWTER

Case: Avx Corporation v. Horry Land
Job #: 58032  |  Job Date: 6/4/2010  |  Delivery: Normal
Billing Atty: Meredith R Weinberg Esq
Location: Parker Poe Adams & Bernstein Charlotte
611 Burroughs and Chapin Boulevard | Suite 202 | Myrtle Beach, SC

| Witness | Description | Amount |
|---|---|---|
| Mark Hanish | Copy | $539.45 |

Notes:

Invoice Total: $539.45
Payment:
Credits:
Balance Due: $539.45

Fed. Tax ID: 20-3132569        Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC85376
Job #: 58032
Invoice Date: 06/08/2010
Balance : $ 539.45

90-11-0            Ex. 13(b)



**A. William Roberts, Jr. & Associates**
Court Reporting | Videography | Trial Presentation
6047 Tyvola Glen Circle
Charlotte, NC 28217
phone: (704) 573-3979 fax: (866) 390-3376
www.scheduledepo.com

Job #: 110127CAH
Job Date: 01/27/2011
Order Date: 01/27/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: USA

# Invoice

Invoice #: 162965
Inv.Date: 02/09/2011
Balance: $712.35

234 Seven Farms Drive, Suite 210
Charleston, SC 29492

**Bill To:**
Andrew J. Doyle, Esq.
USDOJ, Environmental Enforcement Division
601 D Street, NW
Room 8820
Washington, DC 20004-2904

**Action:** AVX Corporation
vs
Horry Land Company, Inc.
**Action #:** 4:07-CV-3299-TLW
**Rep:** CAH
**Cert:** RMR, CRR

| Item | Proceeding/Witness | Description | Disc. Amt. | Amount |
|---|---|---|---|---|
| 1 | Steven C. Hart | E-Transcript as Copy | $0.00 | $382.00 |
| 2 | Steven C. Hart | Going Green Discount | $0.00 | $-38.20 |
| 3 | Steven C. Hart | PDF Scanned Exhibits | $2.05 | $18.45 |
| 4 | Mark B. Hanish - 30(b)(6) | E-Transcript as Copy | $0.00 | $258.00 |
| 5 | Mark B. Hanish - 30(b)(6) | Going Green Discount | $0.00 | $-25.80 |
| 6 | Mark B. Hanish - 30(b)(6) | PDF Scanned Exhibits | $5.70 | $51.30 |
| 7 | Mark B. Hanish | E-Transcript as Copy | $0.00 | $74.00 |
| 8 | Mark B. Hanish | Going Green Discount | $0.00 | $-7.40 |
| 9 | | E- Mailed Transcripts and exhibits | $0.00 | $0.00 |

2011 FEB -9 PM 7:33
ENVIRONMENTAL DEFENSE SECTION

2011 FEB 14 AM
OFFICE OF FINANCIAL MANAGEMENT AND PLAN...

K0130234

**Comments:**
Going Green Etranscript Copy($2.00 x 191 pages-10%) PDF Scanned Exhs(82 x .25 -10%) Hart
Going Green Etranscript Copy($2.00 x 129 pages-10%) PDF Scanned Exhs(228 x .25-10%) 30(b)(6)
Going Green Etranscript Copy($2.00 x 37 pages-10%) Hanish Individually
By "going green" you received a 10% discount off of the etranscript copies and pdf scanned exhibits.

Sub Total: $712.35
Shipping: $0.00
Tax: N/A
Total Invoice: $712.35
Payment: $0.00
Balance Due: $712.35

**Federal Tax I.D.:** 57-0762990
**Terms:** Net 30 Days Finance Charge @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

OK'd 2/9/11
ENVIRONMENTAL DEFENSE SECTION
2011 FEB -9 PM

**Bill To:**
Andrew J. Doyle, Esq.
USDOJ, Environmental Enforcement Division
601 D Street, NW
Room 8820
Washington, DC 20004-2904

**Deliver To:**
Andrew J. Doyle, Esq.
USDOJ, Environmental Enforcement Division
601 D Street, NW
Room 8820
Washington, DC 20004-2904

# Invoice

Invoice #: 162965
Inv.Date: 02/09/2011
Balance: $712.35
Job #: 110127CAH
Job Date: 01/27/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: USA

**REMIT TO:**

A. William Roberts, Jr. & Associates
234 Seven Farms Drive, Suite 210
Charleston, SC 29492

  

Ex. 13(c)

DJ# 90-11-6-1...



**A. William Roberts, Jr. & Associates**
Court Reporting | Videography | Trial Presentation
6047 Tyvola Glen Circle
Charlotte, NC 28217
phone: (704) 573-3919 fax: (866) 390-3376
www.scheduledepo.com

Job #: 110128CAH
Job Date: 01/28/2011
Order Date: 01/28/2011
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client: USA

# Invoice

Invoice #: 162976
Inv. Date: 02/10/2011
Balance: $437.84

**Bill To:**
Meredith Weinberg, Esq.
U.S. Department of Justice, ENRD
601 D. Street, NW, Room 8820
Washington, DC 20004

Action: AVX Corporation
vs
Horry Land Company, Inc.
Action #: 4:07-CV-3299-TLW
Rep: CAH
Cert: RMR, CRR

| Item | Proceeding/Witness | Description | Disc. Amt. | Amount |
|---|---|---|---|---|
| 1 | Steven C. Hart | E-Transcript as Copy | $0.00 | $60.00 |
| 2 | Steven C. Hart | Going Green Discount | $0.00 | $-6.00 |
| 3 | Steven C. Hart | PDF Scanned Exhibits | $1.18 | $10.57 |
| 4 | William Dennis Oldland | E-Transcript as Copy | $0.00 | $298.00 |
| 5 | William Dennis Oldland | Going Green Discount | $0.00 | $-29.80 |
| 6 | William Dennis Oldland | PDF Scanned Exhibits | $1.65 | $14.85 |
| 7 | Larry A. Blue | E-Transcript as Copy | $0.00 | $100.00 |
| 8 | Larry A. Blue | Going Green Discount | $0.00 | $-10.00 |
| 9 | Larry A. Blue | PDF Scanned Exhibits | $0.03 | $0.22 |
| 10 | | E- Mailed Transcripts and exhibits | $0.00 | $0.00 |

K0130235

**Comments:**
By "going green" you received a 10% discount off of the etranscript copies and pdf scanned exhibits.
Etranscript copy($2.00 x 30 pages-10%)  Pdf scanned exhibits(47 x .25-10%) Hart
Etranscript copy($2.00 x 149 pages-10%) Pdf scanned exhibits(66 x .25-10%) Oldland
Etranscript copy($2.00 x 50 pages-10%) Pdf scanned exhibit(1 X .25 -10%) Blue

| | |
|---|---|
| Sub Total | $437.84 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $437.84 |
| Payment | $0.00 |
| Balance Due | $437.84 |

Federal Tax I.D.: 57-0762990
Terms: Net 30 Days Finance Charge @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

OK to pay
02/10/11

---

**Bill To:**
Meredith Weinberg, Esq.
U.S. Department of Justice, ENRD
601 D. Street, NW, Room 8820
Washington, DC 20004

**Deliver To:**
Meredith Weinberg, Esq.
U.S. Department of Justice, ENRD
601 D. Street, NW, Room 8820
Washington, DC 20004

# Invoice

Invoice #: 162976
Inv. Date: 02/10/2011
Balance: $437.84
Job #: 110128CAH
Job Date: 01/28/2011
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client: USA

**REMIT TO:**

A. William Roberts, Jr. & Associates
234 Seven Farms Drive, Suite 210
Charleston, SC 29492



DJ# 90-11-6-1841

Ex. 13(d)