ENVIRONMENTAL
DEFENSE SECTION
2010 JUN 24 AM 9: 46

90-11-6-18413

**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: Norman Rave Esq
US Department of Justice
Post Office Box 23986
Washington, DC 20026

Invoice #: NC85698
Invoice Date: 06/14/2010
Balance Due: $ 675.55

JO125632

Case #: 407CV3299TLWTER

Case: Avx Corporation v. Horry Land
Job #: 58031 | Job Date: 6/3/2010 | Delivery: Normal
Billing Atty: Norman Rave Esq
Location: Parker Poe Adams & Bernstein Charlotte
611 Burroughs and Chapin Boulevard | Suite 202 | Myrtle Beach, SC

| Item | Witness | Description | Amount |
|---|---|---|---|
| | Stanley Finger, Phd | Copy | $393.40 |
| | Thomas Bevins | Transcript - Original & 1 copy | $282.15 |

Notes:

Invoice Total: $675.55
Payment:
Credits:

Fed. Tax ID: 20-3132569      Term: Due Upon Receipt

Balance Due: $675.55

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

OK W
PW
06/24/10

Make check payable to: National Depo
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC85698
Job #: 58031
Invoice Date: 06/14/2010
Balance : $ 675.55

Ex. 14

**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: Meredith R Weinberg Esq
US Department of Justice
Post Office Box 23986
Washington, DC 20026

JO125746

Invoice #: NC88181
Invoice Date: 07/22/2010
Balance Due: $ 1,349.85

Case #: 407CV3299TLWTER

| | |
|---|---|
| Case: | Avx Corporation v. Horry Land |
| Job #: | 59539   Job Date: 7/9/2010   Delivery: Normal |
| Billing Atty: | Meredith R Weinberg Esq |
| Location: | Parker Poe Adams & Bernstein Charlotte |
| | 611 Burroughs and Chapin Boulevard | Suite 202 | Myrtle Beach, SC |

| Item | Witness | Description | | Amount |
|---|---|---|---|---|
| 1 | Stanley M Finger PhD | Transcript - Original & 1 copy | | $1,349.85 |
| | Notes: | | Invoice Total: | $1,349.85 |
| | | | Payment: | |
| | | | Credits: | |
| | Fed. Tax ID: 20-3132569 | Term: Due Upon Receipt | Balance Due: | $1,349.85 |

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Ok to Pay
CW
08/02/10

Make check payable to: National Depo
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC88181
Job #: 59539
Invoice Date: 07/22/2010
Balance : $ 1,349.85

90-11-6-1

Ex. 14

ENVIRONMENTAL
DEFENSE SECTION

2010 NOV 16 AM 10: 57

OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING

2010 NOV 29 AM 6: 45

**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: Andrew J Doyle Esq
US Department of Justice
Post Office Box 23986
Washington, DC 20026-3986

Invoice #: NC95413
Invoice Date: 11/10/2010
Balance Due: $ 1,178.65

Case #: 407CV3299TLWTER

KO130072

| Case: | Avx Corporation v. Horry Land | | | |
|---|---|---|---|---|
| Job #: | 64534 | Job Date: 10/25/2010 | Delivery: | Normal |
| Billing Atty: | Andrew J Doyle Esq | | | |
| Location: | Parker Poe Adams & Bernstein Charlotte | | | |
| | 611 Burroughs and Chapin Boulevard | Suite 202 | Myrtle Beach, SC | | | |

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Richard Souza | Copy | $1,178.65 |

Notes:

Invoice Total: $1,178.65
Payment:
Credits:
Balance Due: $1,178.65

Fed. Tax ID: 20-3132569      Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days

OK to pay
11/23/10

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC95413
Job #: 64534
Invoice Date: 11/10/2010
Balance: $ 1,178.65

90-11-6-1841

Ex. 15

90-11-6-18413

**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: Meredith Weinberg Esq
U S Department of Justice
PO Box 23986
Environmental Defense Section
Washington, DC 20026

Invoice #: NC99732
Invoice Date: 01/27/2011
Balance Due: $ 986.85

K0130227

Case #:

| | |
|---|---|
| Case: | Avx Corporation v. Horry Land Co |
| Job #: | 67430  \| Job Date: 1/20/2011  Delivery: Expedited |
| Billing Atty: | **Meredith Weinberg Esq** |
| Location: | US Department of Justice ENRD |
| | 601 D Street NW \| Washington, DC |

| | | | |
|---|---|---|---|
| Floyd Scott Risley | Copy | | $477.20 |
| Richard Souza | Copy | | $509.65 |
| Notes: | | Invoice Total: | $986.85 |
| | | Payment: | |
| | | Credits: | |
| Fed. Tax ID: 20-3132569 | Term: Due Upon Receipt | Balance Due: | $986.85 |

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days

OK to
pay
02/04/11

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC99732
Job #: 67430
Invoice Date: 01/27/2011
Balance : $ 986.85

**Ex. 15**

90-11-6-18413

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Meredith Weinberg
United States Department of Justice
P.O. Box 23986
Environmental Defense Section
Washington, DC 20026-3986

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Teresa Ortiz
tortiz@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
| --- | --- |
| Setting Firm: | United States Department of Justice |
| Taking Attorney: | Meredith Weinberg |
| Case Name: | AVX Corporation v USA |
| Case No.: | 4:07-3299 |

INVOICE NO. A405829 AB
FIRM NO. 1189198
INVOICE DATE 07/08/2010
DUE UPON RECEIPT

JO125732

| ITEM | LINE TOTAL |
| --- | --- |
| Certified copy of the reporter's transcript of the deposition of Jay Brigham, taken 6/16/2010. | $ 1,115.83 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 1,115.83 |

Ok to pay
cw
07/22/10

A service fee of .75% per month may be added to any invoice over 30 days old.

ENVIRONMENTAL DEFENSE SECTION
2010 JUL 22 PM 2:39

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 1,115.83 |
| --- | --- |
| INVOICE NO. | A405829 AB |
| FIRM NO. | 1189198 |

For: Certified copy of the reporter's transcript of the deposition of Jay Brigham, taken 6/16/2010.

From: Meredith Weinberg
United States Department of Justice
P.O. Box 23986
Environmental Defense Section
Washington, DC 20026-3986

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

Ex. 16

DJ # 90-11-

OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING
2011 MAR 30 AM 6:27

ENVIRONMENTAL
DEFENSE SECTION
2011 MAR 24 PM 9:27

**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: Andrew J Doyle Esq
US Department of Justice
601 D Street NW
Suite 8000
Washington, DC 20004

Invoice #: NC100592
Invoice Date: 02/15/2011
Balance Due: $ 698.45

K01 3042

Case #: 407CV3299TLW

| Case: | Avx Corporation v. Horry Land Co. |
|---|---|
| Job #: | 68839 | Job Date: 2/3/2011 | Delivery: Normal |
| Billing Atty: | Andrew J Doyle Esq |
| Location: | Parker Poe Adams & Bernstein |
| | 100 Dunbar Street | Suite 206 | Spartanburg, SC 29306 |

| Description | Amount |
|---|---|
| Dennis B Oconnell Phd P  Copy | $376.60 |
| Wade Nutter Phd Ph  Copy | $321.85 |
| | Invoice Total: $698.45 |
| | Payment: |
| | Credits: |
| Notes: | Balance Due: $698.45 |

Fed. Tax ID: 20-3132569    Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

OK to
pay
cw
03/24/11

Make check payable to: National Depo
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #                            Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC100592
Job #: 68839
Invoice Date: 02/15/2011
Balance: $ 698.45

DJ # 90-11-0     Ex. 17