90-11-6-18413

**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

ENVIRON. LIT.
DEFENSE SECTION
2010 JUL 15 AM 11: 20

Bill To: Meredith Weinberg Esq
U S Department of Justice
601 D Street NW
Suite 8000
Washington, DC 20004

| | |
|---|---|
| Invoice #: | NC85919 |
| Invoice Date: | 06/17/2010 |
| Balance Due: | $ 721.60 |

Case #: 4:07-cv-3299-TLW-TER

| | |
|---|---|
| Case: | Avx Corporation v. Horry Land |
| Job #: | 58033   Job Date: 6/10/2010   Delivery: Normal |
| Billing Atty: | Meredith Weinberg Esq |
| Location: | SC Department of Health and Environmental Services |
| | 8911 Farrow Road | Columbia, SC |

JO125731

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Carol Minsk - 30b6 | Copy | $721.60 |

| | |
|---|---|
| Invoice Total: | $721.60 |
| Payment: | |
| Credits: | |
| Balance Due: | $721.60 |

Notes:

Fed. Tax ID: 20-3132569     Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

OK to
pay
CW
07/20/10

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC85919
Job #: 58033
Invoice Date: 06/17/2010
Balance: $ 721.60

DJ # 90-11-6-

Ex. 18

90-11-6-18413



**A. William Roberts, Jr. & Associates**
Court Reporting | Videography | Trial Presentation
1293 Professional Drive, Bldg. D
Myrtle Beach, SC 29577
phone: (843) 839-3376 fax: (843) 722-8451
www.scheduledepo.com

Job #: 100623HEG
Job Date: 06/23/2010
Order Date: 06/23/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: US Dept. of Justice

# Invoice

2010 JUL 15 AM 11: 20

Invoice #: 156052
Inv. Date: 07/12/2010
Balance: $194.55

**Bill To:**
Ms Meredith Weinberg
U.S. Department of Justice, ENRD
601 D. Street, NW, Room 8820
Washington, DC 20004

**Action:** AVX Corporation
vs
Horry Land Company, Inc.
**Action #:** 4:07-CV-3299-TLW
**Rep:** HEG
**Cert:**

JO125725

| Item | Proceeding/Witness | Description | Disc. Amt. | Amount |
|---|---|---|---|---|
| 1 | Boyd Holt | Copy of Transcript | $0.00 | $182.00 |
| 2 | Boyd Holt | Paper Exhibits | $0.00 | $2.50 |
| 3 | Boyd Holt | ASCII-Minuscript PDF-ETran-Cond. w/Index | $0.00 | $0.00 |
| 4 | | Shipping & Handling | $0.00 | $10.05 |

**Comments:**
Copy($2.00 X 91 Pages)
Exhibits and tabs(10 x .25 cents)

| | |
|---|---|
| Sub Total | $194.55 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $194.55 |
| Payment | $0.00 |
| Balance Due | $194.55 |

Federal Tax I.D.: 57-0762990
**Terms:** Net 30 Days Finance Charge @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

OK to pay
CW
07/20/10

**Bill To:**
Ms Meredith Weinberg
U.S. Department of Justice, ENRD
601 D. Street, NW, Room 8820
Washington, DC 20004

**Deliver To:**
Ms Meredith Weinberg
U.S. Department of Justice, ENRD
601 D. Street, NW, Room 8820
Washington, DC 20004

# Invoice

## REMIT TO:

A. William Roberts, Jr. & Associates, Inc.
46-A State Street
Charleston, SC 29401




Invoice #: 156052
Inv. Date: 07/12/2010
Balance: $194.55
Job #: 100623HEG
Job Date: 06/23/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: US Dept. of Justice

Ex. 19

PY10

# AWR
**A. William Roberts, Jr. & Associates**
Court Reporting | Videography | Trial Presentation
1293 Professional Drive, Bldg. D
Myrtle Beach, SC 29577
phone: (843) 839-3376 fax: (843) 722-8451
www.scheduledepo.com

Job #: 100916KVA
Job Date: 09/16/2010
Order Date: 09/16/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 158660
Inv. Date: 09/27/2010
Balance: $81.85

**Bill To:**
Andrew J. Doyle, Esq.
USDOJ, Environmental Enforcement Division
601 D Street
Room 8820
Washington, DC 20004-2904

Action: AVX Corporation
vs
Horry Land Company, Inc.
Action #: 4:07-CV-3299-TLW
Rep: KVA
Cert:

| Item | Proceeding/Witness | Description | Disc. | Amount |
|---|---|---|---|---|
| 1 | Benedict Rosen | Copy of Transcript | $0.00 | $72.00 |
| 2 | Benedict Rosen | ASCII-Minuscript PDF-ETran-Cond. w/Index | $0.00 | $0.00 |
| 3 | | Shipping & Handling | $0.00 | $9.85 |

ENVIRONMENTAL DEFENSE SECTION 2010 OCT -1 AM 6:33

9/27/10 Okay to pay CW 10/01/10
A Doyle
90-11-6-1843

JO175877

**Comments:**
Copy($2.15 x 36 pages)

Sub Total: $81.85
Shipping: $0.00
Tax: N/A
Total Invoice: $81.85
Payment: $0.00
Balance Due: $81.85

Federal Tax I.D.: 57-0762990
Terms: Net 30 Days Finance Charge @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Andrew J. Doyle, Esq.
USDOJ, Environmental Enforcement Division
601 D Street
Room 8820
Washington, DC 20004-2904

**Deliver To:**
Andrew J. Doyle, Esq.
USDOJ, Environmental Enforcement Division
601 D Street
Room 8820
Washington, DC 20004-2904

## Invoice

Invoice #: 158660
Inv. Date: 09/27/2010
Balance: $81.85
Job #: 100916KVA
Job Date: 09/16/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## REMIT TO:

A. William Roberts, Jr. & Associates, Inc.
46-A State Street
Charleston, SC 29401

Ex. 20

FY 2010

# Invoice

**A. William Roberts, Jr. & Associates**
Court Reporting | Videography | Trial Presentation
1293 Professional Drive, Bldg. D
Myrtle Beach, SC 29577
phone: (843) 839-3376  fax: (843) 722-8451
www.scheduledepo.com

Job #: 100914LAM
Job Date: 09/14/2010
Order Date: 09/14/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: USA

Invoice #: 158903
Inv. Date: 10/04/2010
Balance: $224.00

**Bill To:**
Norman L. Rave, Jr., Esq.
U.S. Department of Justice, ENRD
601 D. Street, NW, Room 8820
Washington, DC 20004

Action: AVX Corporation
vs
Horry Land Company, Inc.
Action #: 4:07-CV-3299-TLW
Rep: LAM
Cert:

| Item | Proceeding/Witness | Description | Disc. Amt. | Amount |
|---|---|---|---|---|
| 1 | Garret DenBraven, Jr. | Copy of Transcript | $0.00 | $138.00 |
| 2 | Garret DenBraven, Jr. | ASCII-Minuscript PDF-ETran-Cond. w/Index | $0.00 | $0.00 |
| 3 | John R. Walker | Copy of Transcript | $0.00 | $76.00 |
| 4 | John R. Walker | ASCII-Minuscript PDF-ETran-Cond. w/Index | $0.00 | $0.00 |
| 5 | | Shipping & Handling | $0.00 | $10.00 |

JO125895

OFFICE OF FINANCIAL MANAGEMENT AND PLANNING 2010 OCT 12 AM 6:28
ENVIRONMENTAL DEFENSE SECTION 2010 OCT -7 PM 7:55

**Comments:**
Copy($2.00 x 69 pages) Denbraven
Copy($2.00 x 38 pages) Walker

| | |
|---|---|
| Sub Total | $224.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $224.00 |
| Payment | $0.00 |
| Balance Due | $224.00 |

Federal Tax I.D.: 57-0762990
Terms: Net 30 Days Finance Charge @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

OK to pay cw 10/7/10
OK to pay.
Norman Rave
bJ
90-11-6-18413

**Bill To:**
Norman L. Rave, Jr., Esq.
U.S. Department of Justice, ENRD
601 D. Street, NW, Room 8820
Washington, DC 20004

**Deliver To:**
Norman L. Rave, Jr., Esq.
U.S. Department of Justice, ENRD
601 D. Street, NW, Room 8820
Washington, DC 20004

# Invoice

**REMIT TO:**

A. William Roberts, Jr. & Associates, Inc.
46-A State Street
Charleston, SC 29401

  

Invoice #: 158903
Inv. Date: 10/04/2010
Balance: $224.00
Job #: 100914LAM
Job Date: 09/14/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: USA

Ex. 21



**A. William Roberts, Jr. & Associates**
Court Reporting | Videography | Trial Presentation
234 Seven Farms Drive, Suite 210
Charleston, SC 29492
phone: (843)722-8414  fax: (843) 722-8451
www.scheduledepo.com

Job #: 101022NY-NYC1
Job Date: 10/22/2010
Order Date: 10/22/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: USA

# Invoice

Invoice #: 160705
Inv.Date: 11/22/2010
Balance: $369.30

**Bill To:**
Ms Meredith Weinberg
U.S. Department of Justice, ENRD
601 D. Street, NW, Room 8820
Washington, DC 20004

K0130069

**Action:** AVX Corporation
vs
Horry Land Company, Inc.
**Action #:** 4:07-CV-3299-TLW
**Rep:** NY-NYC1
**Cert:**

| Item | Proceeding/Witness | Description | Disc. Amt. | Amount |
|---|---|---|---|---|
| 1 | Joan Prager | Copy of Transcript | $0.00 | $353.80 |
| 2 | Joan Prager | Exhibits (Paper & PDF) | $0.00 | $3.50 |
| 3 | Joan Prager | ASCII-Minuscript PDF-ETran-Cond. w/Index | $0.00 | $0.00 |
| 4 | | Shipping & Handling | $0.00 | $12.00 |

**Comments:**
Copy ($2.90 x 122 pages)
Exhibits (7 x 50 cents)

| | |
|---|---|
| Sub Total | $369.30 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$369.30** |
| Payment | $0.00 |
| **Balance Due** | **$369.30** |

Federal Tax I.D.: 57-0762990
Terms: Net 30 Days Finance Charge @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

OK to pay
11/23/10

**Bill To:**
Ms Meredith Weinberg
U.S. Department of Justice, ENRD
601 D. Street, NW, Room 8820
Washington, DC 20004

**Deliver To:**
Ms Meredith Weinberg
U.S. Department of Justice, ENRD
601 D. Street, NW, Room 8820
Washington, DC 20004

# Invoice

**REMIT TO:**

A. William Roberts, Jr. & Associates
234 Seven Farms Drive, Suite 210
Charleston, SC 29492




Invoice #: 160705
Inv.Date: 11/22/2010
Balance: $369.30
Job #: 101022NY-NYC1
Job Date: 10/22/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: USA

**Ex. 22**

DJ # 90-11-6-18413

DJ# 90-11-6-18413

**A. William Roberts, Jr. & Associates**
Court Reporting | Videography | Trial Presentation
1200 Woodruff Road, A-3
Greenville, SC 29607
phone: (864) 234-7030  fax: (866) 390-3376
www.scheduledepo.com

Job #: 110210MEB
Job Date: 02/10/2011
Order Date: 02/10/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 163228
Inv.Date: 02/17/2011
Balance: $651.99

Bill To:
James Gentry, Esq.
U.S. Department of Justice, ENRD
601 D. Street, NW, Room 8820
Washington, DC 20004

Action: AVX Corporation
vs
Horry Land Company, Inc., et al
Action #: 4:07-CV-3299-TLW
Rep: MEB
Cert: RPR

| Item | Proceeding/Witness | Description | Disc. Amt. | Amount |
|---|---|---|---|---|
| 1 | Virginia Clark | E-Transcript as Copy | $0.00 | $440.34 |
| 2 | Virginia Clark | Going Green Discount | $0.00 | $-44.04 |
| 3 | Virginia Clark | PDF Scanned Exhibits | $12.00 | $108.00 |
| 4 | John D. Cain | E-Transcript as Copy | $0.00 | $162.36 |
| 5 | John D. Cain | Going Green Discount | $0.00 | $-16.24 |
| 6 | John D. Cain | PDF Scanned Exhibits | $0.18 | $1.57 |
| 7 | | E- Mailed Transcript and exhibits | $0.00 | $0.00 |

ENVIRONMENTAL DEFENSE SECTION
2011 FEB 18 AM 11:16

K0130261

2011 FEB 23 OFFICE OF FINANCIAL MANAGEMENT

Comments:
5 Day Copy($2.46 x 179 pages-10%) pdf scanned exhibits(480 pages x .25-10%) Clark
5 Day Copy($2.46 x 66 pages-10%) pdf scanned exhibits(7 pages x .25-10%) Cain
By "going green" you received a 10% discount off of the etranscript copies and pdf scanned exhibits.

Sub Total: $651.99
Shipping: $0.00
Tax: N/A
Total Invoice: $651.99
Payment: $0.00
Balance Due: $651.99

Federal Tax I.D.: 57-0762990
Terms: Net 30 Days Finance Charge @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

OK to pay @ 02/18/11

Bill To:
James Gentry, Esq.
U.S. Department of Justice, ENRD
601 D. Street, NW, Room 8820
Washington, DC 20004

Deliver To:
James Gentry, Esq.
U.S. Department of Justice, ENRD
601 D. Street, NW, Room 8820
Washington, DC 20004

**Invoice**

REMIT TO:
A. William Roberts, Jr. & Associates
234 Seven Farms Drive, Suite 210
Charleston, SC 29492

Invoice #: 163228
Inv.Date: 02/17/2011
Balance: $651.99
Job #: 110210MEB
Job Date: 02/10/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:





Ex. 23